## Wilkes-Barre Hotel Company, Appellant, v. Hildebrand.

Argued March 6, 1934.

Before Trexler, P. J., Keller, Cunningham, Baldrige, Stadtfeld, Parker and James, JJ.

*John A. Gallagher,* and with him *Frank P. Slattery,* for appellant.

*Mitchell Jenkins,* of *Jenkins, Turner & Jenkins,* for appellee.

PER CURIAM, April 16, 1934:

The pleadings in this case are the same as appear in Wilkes-Barre Hotel Company v. H. N. Rust, 113 Pa. Superior Ct. 58 and for the reasons given in the opinion filed in said case.

The order of the lower court is affirmed.